


## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>                  )<br>        Plaintiff, )<br>                  )<br>        v.        )<br>                  )<br>                  )<br>                  )<br>                  )<br>Maria Esther LEYVA-Gonzalez, )<br>                  )<br>                  )<br>                  )<br>                  )<br>        Defendant. )<br>                  ) | Magistrate Docket No. 25mj3402-MSB<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about June 17, 2025, within the Southern District of California, defendant Maria Esther LEYVA-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 18, 2025.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Maria Esther LEYVA-Gonzalez

## PROBABLE CAUSE STATEMENT

On June 17, 2025, Border Patrol Agent J. Luna was assigned to the Brown Field Border Patrol Station's area of responsibility.

At approximately 6:50 AM, Department of Defense (DOD) scope operators relayed via service radio that they had detected three individuals traveling on foot near an area known to Border Patrol agents as "Perch". This area is located approximately 12 miles east of the Otay Mesa, CA Port of Entry and one quarter of a mile north of the United States/Mexico International Border. Agent Luna responded to the indicated area and encountered two individuals later identified as Maria Esther LEYVA-Gonzalez and Pedro RAMIREZ-Estrada (charged elsewhere). Agent Luna then identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Both individuals, including LEYVA, stated that they are citizens of Mexico not in possession of documentation required to be legally present in the United States. At approximately 9:21 AM, Agent Luna placed LEYVA under arrest. Two other individuals, Sylvestor QUINTERO-Peralis and Angel Miguel VARGAS (charged elsewhere), were also apprehended in this event by Border Patrol Agent E. Velazquez.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of her criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 1, 2024 through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.